IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

OUSMAN TOURAY, A# 209-990-617                                      PETITIONER

v.                                                    CIVIL NO. 5:26-cv-311-DCB-BWR


WARDEN R. VERGARA                                                 RESPONDENT

<u>ORDER</u>

This matter is before the Court on pro se Petitioner Ousman Touray's (Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

Petitioner names R. Vergara, the Warden of the Adams County Correctional Center, and other government officials as Respondents.  When a habeas petitioner challenges his present physical custody, "the proper respondent is the warden of the facility where the [petitioner] is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).  After initial review of Petitioner's filings, the Court finds that the proper Respondent is R. Vergara, Warden of Adams County Correctional Center and Petitioner shall supply additional information.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the docket to reflect that the sole Respondent is R. Vergara, Warden Adams County Correctional Center.

**IT IS FURTHER ORDERED** that on or before May 6, 2026, Petitioner shall file a written response to state the country of Petitioner's birth.

---

[1] Petitioner paid the filing fee.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 15th day of April, 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE